IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Robert N. Bodenschatz | : | Chapter 13 |
| Andrya M. Bedenschats | : | |
| | : | Case No.  19-15609AMC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation Plan filed at docket number 38.

Dated:  December 17, 2019                                    /s/ Brad J. Sadek, Esquire
                                                                                Brad J. Sadek, Esquire
                                                                                Sadek and Cooper
                                                                                1315 Walnut Street, Suite 502
                                                                                Philadelphia, PA 19107
                                                                                215-545-0008